**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | **Case No. 23-30560** |
| **NITA U. CHAUHAN** | § § § § | **(Chapter 7)** |

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS**

The Court, having considered the Application to Employ McCloskey Roberson Woolley, PLLC ("MRW") as special litigation counsel pursuant to 11 U.S.C. § 327(a) by Eva Engelhart, chapter 7 trustee for the estate of Nita U. Chauhan (the "Trustee"), is of the opinion that the requested relief is in the best interest of the estate and its creditors; that MRW represents no interest adverse to the estate in the matters upon which it is to be engaged and is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the application should be approved. Accordingly, it is therefore

ORDERED THAT:

1. The hourly fee agreement attached as **Exhibit 1** to the Application is approved pursuant to 11 U.S.C. § 327(a).

2. MRW is employed as special litigation counsel to provide all necessary legal services to the Trustee in this case as set forth on **Exhibit 1** and in the Application.

3. All requests for compensation shall be filed with this Court in accordance with the Bankruptcy Code, the Rules of Bankruptcy Procedure and the rules of this Court.

**SIGNED this** _____ **day of** _____, **2023.**

_____
United States Bankruptcy Judge